# In The Court OF Criminal Appeals OF Texas

83,644-01

Exparte
Gary Green
Petitioner

vs.

District Clerk (Travis County)
Respondent

Trial Court # 390TH
D-1-DC-12-202798

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

## Petition For Writ OF Mandamus With ANNEX Motion For Extension OF Time

### I.

The Appellant Appealed His Conviction After being Convicted in The 390TH Criminal District Court OF Travis County, Texas, Thus Appealing To The 13TH Court OF Appeals. under Docket # 13-13-00418-CR, at which Affirmed Appellants Conviction on May 28, 2015. Thereafter The Appellants Attorney OF Record on appeal Submitted on The Appellant behalf to this Court a Motion For Extension OF Time To submit PDR Petition For Discretionary Review. Por se

### II.

In addition, The said indicated Motion was filed and Thereafter subsequently Granted in This particular Court, and the (PDR) is Now due to be file by August 26, 2015. None The less, in a written Correspondent forwarded to the Appellant by the Attorney Of Record on appeal Namely, Kristen Jernigan, Dated May 28, 2015, indicates whereas the Appellant has the Right to proceed Pro se and

P. 1-

that (PDR) PETITION FOR DISCRETIONARY REVIEW, Thus indeed being apart of the appeal process to which the PRO SE also has the right to be provided with the complete trial RECORD IN ORDER to adequately draft his petition. MORESO, the Appellant has attempted with due diligence IN ORDER to obtain the trial RECORD IN said cause# D-1-DC-12-202798 Thus by way of CORRESPONDENT with the District Clerk's Office at Travis County, Texas. and IN addition, has also submitted a most RECENT motion FOR production of trial RECORDS to the 390TH District Court at Travis County, Thus being a REASONABLE time ago, and still NO RESPONSE.

Notice

The Appellant has a deadline to meet by August 26, 2015, and without the much NEEDED Trial-RECORDS, said Appellant cannot sufficiently submit his litigation by the Expired date. THEREFORE the Appellant being the pro se litigant. is compelled to REQUEST an additional (60) Day EXTENSION to submit his (PDR) WHEREAS the Appellant is MERELY ONLY a layman-at-law and Not a trained Attorney-at law, and NEEDS adequate amount Of Time to REVIEW the trial RECORD and also RESEARCH RELEVANT case-law. Thus providing that the Appellant is allowed to REVIEW the RELEVANT trial RECORDS.

III.

Furthermore, the Appellant SEEKS an ORDER from this high-Court Thus compelling the District Clerk for Travis County, Texas to provide and make available the complete Trial-RECORD Namely, The Statement OF The Facts, any and all Motions, and OR Transcript submitted and produced in this particular CAUSE D-1-DC-12-202798, Thus at which the

Appellant is entitle to at this stage of the proceedings when prosecuting the appeal PDR pro se.

Respectfully
Gary Green
Appellant

I. Gary Green #1866426, Do Hereby Verify that the foregoing statement and allegations in the Legal Document are to the best of my Knowledge is true and correct pursuant to 28 U.S.C. Section 1746.

Signe on The 17TH Day of July, 2015

Gary Green #1866426
Bill Clements Unit
9601 Spur 591
Amarillo, Tx 79107

P.-4-